**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DEBBIE L. DOWELL,** )<br><br>    **Plaintiff,** )<br><br>**v.** )<br><br>    )<br>**DEPARTMENT OF THE INTERIOR,** )<br>**DOUG BURGUM, SECRETARY OF** )<br>**THE INTERIOR,** *et al.*, )<br><br>    **Defendants.** ) | **Case No. 3: 24-cv-00697**<br>**Judge Aleta A. Trauger** |

**<u>ORDER</u>**

For the reasons set forth in the accompanying Memorandum, *pro se* plaintiff Debbie Dowell's Objections (Doc. No. 59) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 58) are **OVERRULED**, and the R&R is **ACCEPTED**. Defendant Doug Burgum's Motion to Dismiss Improper Parties and State Law Claim (Doc. No. 53) is **GRANTED**, and all claims against all defendants—*except for* the plaintiff's federal employment discrimination and retaliation claims against Doug Burgum in his official capacity as Secretary of the Interior under Title VII—are **DISMISSED**.

This case remains on referral to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of pretrial motions, and to conduct other proceedings as necessary, under Rule 72(b) of the Federal Rules of Civil Procedure.

The Clerk is **DIRECTED** to substitute Doug Burgum, current Secretary of the Interior, as a defendant, in place of former Secretary Deb Haaland. Fed. R. Civ. P. 25(d).

It is so **ORDERED**.

                                      _____

                                      ALETA A. TRAUGER
                                      United States District Judge